AO 442 (Rev. 11/11) Arrest Warrant

---

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 28 2022 ★

LONG ISLAND OFFICE

| United States of America | ) | **TO BE FILED UNDER SEAL** |
| v. | ) | |
| | ) | Case No. |
| Patrick Palidore, | ) | |
| | ) | **C R 22 347** |
| | ) | |
| _Defendant_ | ) | |

**AZRACK, J.**

## ARREST WARRANT

**LOCKE, M. J.**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Patrick Palidore                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Deal in Firearms and Conspiracy to Make False Statements to Acquire Firearms, in violation of Title 18, United States Code, Section 371; and Making False Statements to Acquire Firearms in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Date:    07/28/2022

_S/ Lee G. Dunst_
_Issuing officer's signature_

City and state:    Central Islip, New York

The Honorable Lee G. Dunst, U.S.M.J.
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____