To whom this may concern,

From the first time I met Dennis, he always had a warm spirit; very chill and calm demeanor. It was a few summers back when I met him, while he was visiting his cousins house at the time. Dennis, his cousin, my best-friend and I used to hang out. We even worked out together from time to time. Dennis and his cousin were always competitive. Always clowning around about who still got their "track legs". So as my best-friend and I were working out, they'd be doing sprints and running laps on the track.

Of course it wasn't always fun and games. We'd all used to sit outside until 1, 2, even 3AM in the morning just talking about the future and things we wanted out of life. Dennis would always talk about the future he sees for himself in being a business owner and just being someone that would make his son proud. I would always admire how he would always talk about his son.

But my favorite talk we'd always used to have was about food. Different cuisines, how to prepare different things and seafood! I have a food business of my own, so Dennis would always ask me questions. He was super supportive; always showing love and praise anytime I would post my videos, pictures of my business. He'd even tell his friends and family, just so they can support me. It was the end of 2021 and he finally decided to start his own food hustle. I was really proud of him and the support he received from it.

Summer 2022, I visited ATL with my best-friend. He saw I was in town, so he pulled up to the restaurant where we were just to say hello. That was the last time I saw Dennis before the boys took him in.

It wasn't until I got back to NY that his cousin had informed me that he was picked up, and I was truly sad about that.

Everything that he worked for, plans of the future and the restaurant he desired to open, all came to a halt. When I saw the news regarding what he got picked up for, I didn't want to believe it. That wasn't the man I knew.

Everything Dennis did from the time I met him was to better himself and his family. The man I know, always wanted better for himself regardless of what was put in front of him. He worked hard just to make sure he could always be a man of his word, not only to myself and the friends he cared about. But most importantly, for his family. He did everything he could, just to make them proud.

That will always be something I will admire about him. His determination and desire to always want more for himself and everyone around him and to always be a man of Honor.

That is the Dennis I know.

best regards,

Destine